# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. Alexander Acosta, Secretary of Labor, United States Department of Labor,<br><br>     Petitioner,<br><br>  v.<br><br>MALOU SEDIGH,<br>     Respondent. | Case No.:5:18-mc-80010HLR<br><br>**(PROPOSED)** ~~**(PROPOSED)**~~ **ORDER TO SHOW CAUSE**<br><br>On Secretary of Labor's Petition to Enforce Administrative Subpoena *Duces Tecum* (29 U.S.C § 209) |

  Petitioner, R. Alexander Acosta, Secretary of Labor, United States Department of Labor, has applied to this Court for an Order requiring Malou Sedigh ("Respondent") to produce the records, papers and documents set forth in a subpoena *duces tecum* issued by the Regional Administrator, Wage and Hour Division, U.S. Department of Labor, and duly served upon the Respondents. Having considered the matters set forth in the Petitioner's pleadings herein, it is hereby

  ORDERED that Respondents appear and SHOW CAUSE, if any there be, why the Respondent should not be ordered by this Court to comply with the subpoena *duces te-*

*cum* issued to the Respondents by the Regional Administrator, Wage and Hour Division, U.S. Department of Labor; and it is further

    ORDERED that Respondent serve and file with the Clerk of this Court, no later than \_\_\_\_**February 13**\_\_\_\_, 2018, a Response to the Petition, specifically admitting or denying each allegation of the Petition, and setting forth the cause, if any there be, why the Petition should not be granted; and it is further

    ORDERED that the Secretary shall file any Reply to the Response no later than \_\_**February 20, 2018**\_\_.

    ORDERED that the Respondent appear at a hearing to be held on the Petition on \_\_\_**March 13, 2018**\_\_\_, at \_\_\_**10:00**\_\_\_ o'clock, in courtroom number \_\_**2**\_\_, located at **280 South 1st Street, San Jose California 95113** _____; and it is further

    ORDERED that the running of the applicable statute of limitations is tolled from July 5, 2017, until such time as the Petitioner notifies this Court that Respondents have complied with the administrative subpoenas and this Order; and it is further

    ORDERED that an Investigator from the Wage and Hour Division, U.S. Department of Labor, shall forthwith serve copies of this Order to Show Cause and a copy of the Petition and supporting documents on Respondents.

Dated: \_\_\_\_**January 18**\_\_\_\_, 2018

_____
United States Magistrate Judge
Howard R. Lloyd